UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roque "Rocky" De La Fuente,<br><br>    Plaintiff,<br><br>vs.<br><br>Steve Simon, in his official capacity as the Secretary of State of the State of Minnesota,<br><br>    Defendant. | Civil No. 19-CV-2995 (DSD/HB)<br><br>**SECRETARY'S<br>MOTION TO DISMISS COMPLAINT** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Steve Simon respectfully moves the Court for an order dismissing all claims in Plaintiff Roque De La Fuente's complaint for failure to state a claim upon which relief can be granted.

This motion is based on a memorandum of law and one or more affidavits and exhibits to be filed in accordance with the Court's order regarding dispositive motion procedure, and on all the files, records, and proceedings herein.

Dated: December 23, 2019

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

 s/**Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ATTORNEY FOR STEVE SIOMON IN HIS OFFICIAL CAPACITY AS MINNESOTA SECRETARY OF STATE