UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roque "Rocky" De La Fuente,<br><br>    Plaintiff,<br><br>  vs.<br><br>Steve Simon, in his official capacity as the Secretary of State of the State of Minnesota,<br><br>    Defendant. | Civil No. 19-CV-2995 (DSD/HB)<br><br>SECRETARY'S NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT |

PLEASE TAKE NOTICE that at 10:00 a.m. on March 6, 2020, in Courtroom 14W of the Diana E. Murphy United States Courthouse located at 300 South Fourth Street, Minneapolis, Minnesota 55401, before the Honorable David S. Doty, Defendant Steve Simon, in his official capacity as the Secretary of State of the State of Minnesota, will bring a Motion to Dismiss for hearing before the Court.

The Court has indicated that each party will be afforded fifteen minutes of oral argument on the motion.

Dated:  December 23, 2019

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

 s/ **Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Assistant Attorney General
Atty. Reg. No. 0320602

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1252 (Voice)
(651) 297-1235 (Fax)
nathan.hartshorn@ag.state.mn.us

ATTORNEY FOR STEVE SIMON IN HIS OFFICIAL CAPACITY AS MINNESOTA SECRETARY OF STATE