UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roque "Rocky" De La Fuente,   Civil No. 19-CV-2995 (DSD/HB)

    Plaintiff,

vs.   **ORDER**

Steve Simon, in his official capacity as the
Secretary of State of the State of Minnesota,

    Defendant.

Defendant's motion to dismiss all claims in the above-titled action came on for hearing before the undersigned on March 6, 2020.

Based upon all of the pleadings, files, and the record herein, IT IS HEREBY ORDERED: Pursuant to Fed. R. Civ. P. 12(b)(6), all claims in the Complaint are hereby DISMISSED.

BY THE COURT

_____
The Honorable David S. Doty
District of Minnesota

Dated this ____ day of _____, 2020.