# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Roque De La Fuente | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2995 DSD/HB |
| Steve Simon | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. The motion to dismiss [ECF No. 8] is granted;

    2. The request for leave to amend the complaint is denied;

and

    3. The complaint [ECF No. 1] is dismissed with prejudice.

Date: 4/27/2020

KATE M. FOGARTY, CLERK

s/Kayla Schnierle

(By)   Kayla Schnierle , Deputy Clerk